IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

    Plaintiff,                        No. CIV S-05-1594 MCE DAD P

    vs.

C/O BROWN, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. The complaint filed in this action was not accompanied by the $250.00 filing fee or an application to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a) and 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed in forma pauperis application captioned for filing in this case.

---

[1] Plaintiff filed three civil rights actions on August 11, 2005. Plaintiff submitted a single forma pauperis application captioned for filing in the action against defendants Demers, Stephens, Alcorn, and Van Lear. That case has been assigned case number 2:05-cv-01595-DFL-GGH. Plaintiff is informed that he must submit a separate in forma pauperis application for each case he files. If plaintiff is granted in forma pauperis status in this case, the $250.00 filing fee will be assessed and prison officials will be ordered to deduct money from plaintiff's inmate trust account and forward installment payments to the court until the $250.00 filing fee is paid in full. If plaintiff proceeds in forma pauperis in three cases, he will be required to pay the $250.00 filing fee for each case, for a total of $750.00.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the $250.00 filing fee or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff's failure to comply with this order in a timely manner will result in a recommendation that this action be dismissed without prejudice; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights case.

DATED: August 17, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
chat1594.3a