IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

      Plaintiff,                         No. CIV S-05-1594 MCE DAD P

    vs.

C/O BROWN, et al.,

      Defendants.               ORDER

_____/

        Plaintiff has filed an unsigned request for a 45-day extension of time in six pending cases. This order concerns only the above-captioned case. Plaintiff will be granted an extension of time to January 15, 2007, to file an amended complaint pursuant to the court's order of November 1, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 6, 2006 request for extension of time is granted; and

        2. Plaintiff is granted an extension of time to January 15, 2007, to file an amended complaint; no further extension of time will be granted for this purpose.

DATED: November 15, 2006.

                                                            DALE A. DROZD
                                                            UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
chat1594.36