IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN ERIC CHATMON,

    Plaintiff,                   No. CIV S-05-1594 MCE DAD P

    vs.

C/O BROWN, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed a motion asking the court to allow him to hand write his own copies or "order staff to return all cases or reissue." Plaintiff's one-page motion is captioned for filing in five cases; dozens of copies of documents are attached. What plaintiff seeks is not clear. His complaint has been dismissed with leave to amend. He was provided with a form complaint and was not ordered to submit copies of his pleading. Plaintiff does not need court permission to hand write copies of documents in this case. Accordingly, IT IS ORDERED that plaintiff's January 22, 2007 motion for leave to hand write copies is denied.

DATED: January 24, 2007.

                                         /s/ Dale A. Drozd
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DAD:13
chat1594.reqhw